Paul J. O'Rourke, # 143951  
paul.orourke@mccormickbarstow.com  
Brandon M. Fish, # 203880  
brandon.fish@mccormickbarstow.com  
McCormick, Barstow, Sheppard  
Wayte & Carruth LLP  
P.O. Box 28912  
5 River Park Place East  
Fresno, CA 93720-1501  
Telephone:  (559) 433-1300  
Facsimile:   (559) 433-2300  

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff  
ALLSTATE INDEMNITY COMPANY, an Illinois corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>STEVEN J. JACKSON, JR., an individual, FLORENCE FITZGERALD, an individual,<br><br>            Defendants. | Case No.  C 08 0269 JL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Civil Rule 3-16] |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no interest of any persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding to report.

///

///

///

///

| | |
|---|---|
| Dated: April 15, 2008 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP<br><br>By: /s/<br>Paul J. O'Rourke<br>Brandon M. Fish<br>Attorneys for Plaintiff<br>ALLSTATE INDEMNITY COMPANY,<br>an Illinois corporation |

03238/01467-1214166.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS