1  Paul J. O'Rourke, # 143951
   paul.orourke@mccormickbarstow.com
2  Brandon M. Fish, # 203880
   brandon.fish@mccormickbarstow.com
3  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
4  P.O. Box 28912
   5 River Park Place East
5  Fresno, CA 93720-1501
   Telephone:   (559) 433-1300
6  Facsimile:   (559) 433-2300

7  Attorneys for Plaintiff
   ALLSTATE INDEMNITY COMPANY, an Illinois
8  corporation

(SPACE BELOW FOR FILING STAMP ONLY)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN J. JACKSON, JR., an individual, FLORENCE FITZGERALD, an individual,<br><br>Defendants. | Case No. C 08 0269 JL<br><br>**JOINT STIPULATION REQUESTING TRANSFER OF VENUE AND [PROPOSED] ORDER**<br><br>Judge:       Hon. James Larson<br>Courtroom:   F, 15th Floor<br><br>**Complaint Filed:**   January 15, 2008 |

The following Stipulation is entered into between plaintiff, Allstate Indemnity Company ("Allstate"), and defendant, Florence Fitzgerald ("Fitzgerald"). Defendant Steven J. Jackson, Jr. ("Jackson") has not yet been served with the Complaint, nor has he appeared in this action. Allstate and Fitzgerald, by and through their respective counsel of record, hereby agree and stipulate as follows:

1.   THAT THE ABOVE-CAPTIONED ACTION BE TRANSFERRED FROM THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION.

2.   This Stipulation may be executed in several identical counterparts, each of which shall be deemed an original and which together shall, when executed by or on behalf of all parties

hereto, constitute a single Stipulation for all purposes.

3. A facsimile of the signature by or on behalf of any party hereto shall be deemed to be an equivalent to the original thereof for all purposes; provided, however, that if the original of such signature is required for purposes of filing this document with the Court or for other good reason, it shall be promptly produced.

Dated: April 16, 2008

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By: /s/ Brandon Fish
Paul J. O'Rourke, Jr.
Brandon M. Fish
Attorneys for Plaintiff
Allstate Indemnity Company

Dated: April 16, 2008

LAW OFFICES OF STEVEN R. JACOBSEN

By: /s/ Catherine Douat
Catherine R. Douat
Attorney for Defendant
Florence Fitzgerald

### [PROPOSED] ORDER

After review of the Parties Joint Stipulation for Leave to Transfer Venue, **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: April ___, 2008

By: _____
Hon. James L. Larson
Magistrate Judge
United States District Court, Northern
District of California, San Francisco Division

1214721.v1

2

JOINT STIPULATION REQUESTING TRANSFER OF VENUE AND [PROPOSED] ORDER
CASE NO. C 08 0269 JL

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501