(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN J. JACKSON, JR., an individual, FLORENCE FITZGERALD, an individual,<br><br>Defendants. | Case No. C 08 0269 CW<br><br>**[PROPOSED] ORDER ENLARGING TIME TO SERVE ALL DEFENDANTS**<br><br>**Judge:** Hon. Claudia Wilken<br>**Courtroom:** 2, 4th Floor<br><br>**Complaint Filed:** January 15, 2008 |

After review Allstate's Motion to Enlarge Time to Serve All Parties, the Court hereby **GRANTS** Allstate's Motion and enlarges the time Allstate is allotted to serve defendant Steven J. Jackson, Jr. an additional ninety (90) days, up to and including August 13, 2008.

**IT IS SO ORDERED**

Dated: May___, 2008

By:_____
Hon. Claudia Wilken
District Court Judge
United States District Court,
Northern District of California,
Oakland Division

1225422.v1