1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(SPACE BELOW FOR FILING STAMP ONLY)

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation, | Case No.  C 08 0269 CW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR PUBLICATION OF SUMMONS** |
| v. | |
| STEVEN J. JACKSON, JR., an individual, FLORENCE FITZGERALD, an individual, | **Judge:**          **Hon. Claudia Wilken**<br>**Courtroom:**     **2, 4th Floor** |
| Defendants. | **Complaint Filed:    January 15, 2008** |

Before the Court is the Application of plaintiff Allstate Indemnity Company for an order directing service of the summons in this action on defendant Steven J. Jackson, Jr. by publication pursuant to Federal Rule of Civil Procedure Rule 4(e)(1) and California Code of Civil Procedure section 415.50.  In support of this Application, plaintiff Allstate Indemnity Company submitted the Declarations of Trevor W. Hickey and John Dean Muñoz as provided in Section 415.50 of the California Code of Civil Procedure.

Having reviewed the Application and the Declarations of Trevor W. Hickey and John Dean Muñoz, and it satisfactorily appearing that the defendant Steven J. Jackson, Jr. cannot be served with reasonable diligence in any other manner specified in Federal Rule of Civil Procedure 4(e) and Article 3, Chapter 4, Title 5 of the California Code of Civil Procedure, and that a good

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1  cause of action exists in this action in favor of plaintiff Allstate Indemnity Company and against

2  defendant Steven J. Jackson, Jr., and that defendant Steven J. Jackson Jr. is a necessary and

3  proper party to the action:

4      IT IS ORDERED that the service of said summons in this action be made upon defendant

5  Steven J. Jackson, Jr. by publication thereof in the Contra Costa Times, a newspaper of general

6  circulation published at Walnut Creek, California, hereby designated as the newspaper most

7  likely to give notice to said defendant; and that said publication be made at least once a week for

8  four successive weeks.

9      IT IS FURTHER ORDERED that a copy of said summons and of said complaint in this

10  action be forthwith deposited in the United States Post Office, post-paid, directed to said

11  defendant if his address is ascertained before expiration of the time prescribed for the publication

12  of this summons, and a declaration of this mailing or of the fact that the address was not

13  ascertained be filed at the expiration of the time prescribed for the publication.

15  **IT IS SO ORDERED**

16  Dated: May_____, 2008

17  By:_____
18  Hon. Claudia Wilken
    District Court Judge
19  United States District Court
    Northern District of California
    Oakland Division

21  1226053.v1

28

2