Paul J. O'Rourke, # 143951
paul.orourke@mccormickbarstow.com
Brandon M. Fish, # 203880
brandon.fish@mccormickbarstow.com
Trevor W. Hickey, #244472
trevor.hickey@mccormickbarstow.com
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff
ALLSTATE INDEMNITY COMPANY, an Illinois corporation

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN J. JACKSON, JR., an individual, FLORENCE FITZGERALD, an individual,<br><br>Defendants. | Case No. C 08 0269 CW<br><br>**DECLARATION OF TREVOR W. HICKEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS**<br><br>Judge:          Hon. Claudia Wilken<br>Courtroom:   2, 4th Floor<br>Complaint Filed:   January 15, 2008<br><br>[F.R.C.P. 4(m), & 6(b);<br>Civil Local Rules 6-1 & 6-3] |

I, TREVOR W. HICKEY, declare as follows:

1. I am an attorney at law licensed to practice before the courts of the State of California and before this Court. I am an attorney with the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, attorneys of record for Plaintiff, Allstate Indemnity Company ("Allstate"). If called as a witness, I could and would competently testify thereto to all facts within my personal knowledge, except for those stated upon information and believed below.

2. The purpose of this Declaration is to support Allstate's Application for Order for Publication of Summons.

3. Allstate filed the above captioned action on January 15, 2008.

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

DECLARATION OF TREVOR W. HICKEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS
CASE NO. C 08 0269 CW

4. As of this date, Allstate has been unable to serve the summons and complaint on Mr. Jackson.

5. On March 4, 2008, Allstate, through Attorney's Diversified Services, attempted to serve the summons and complaint on Mr. Jackson at his parents' address, 1085 Shell Ave., Martinez, California, but Mr. Jackson was not present there. A search using Lexis Nexis's SmartLinx Person Summary Reports had listed Mr. Jackson as living at his parents' house.

6. On March 8, 2008, Attorney's Diversified Services attempted service on Mr. Jackson at 2120 Boynton Ave., Martinez, California, his last known address, but were informed by a resident at the address that Mr. Jackson had moved to an unknown location.

7. On March 17, 2008, Allstate had Attorneys Diversified Services run a "skip trace" on Mr. Jackson to determine his current address. Jackson's address was listed with the United States Postal Service as the Boynton Avenue address.

8. On or about March 25, 2008, Allstate attempted to serve Mr. Jackson by mail with an accompanied waiver of service of summons form by sending the summons and complaint to the Boynton Avenue address via registered mail, return receipt requested.

9. On March 28, 2008, the Postal Service left notice of the registered letter at the Boynton address.

10. By April 14, 2008, the letter was still unclaimed and was later returned to our office.

11. On or about April 14, 2008, Allstate contacted Peter Brown & Associates, a private investigation firm, to locate and serve Mr. Jackson. Along with the information provided to it by Allstate, the private investigator did an electronic database search for addresses listed as Mr. Jackson's going back several years. He then physically went to those addresses and spoke with the current residents and/or neighbors regarding Mr. Jackson. The private investigator also went to Mr. Jackson's last known employer but found that Mr. Jackson had not worked there in several months. Following this comprehensive investigation, the private investigator was still unable to locate Mr. Jackson.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

DECLARATION OF TREVOR W. HICKEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS
CASE NO. C 08 0269 CW

12. Allstate has exhausted all reasonable means to locate and serve Mr. Jackson.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14TH day of May, 2008, in Fresno, California.

By: _____
Trevor W. Hickey

1225762.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

DECLARATION OF TREVOR W. HICKEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS
CASE NO. C 08 0269 CW