1  Paul J. O'Rourke, # 143951
   paul.orourke@mccormickbarstow.com
2  Brandon M. Fish, # 203880
   brandon.fish@mccormickbarstow.com
3  Trevor W. Hickey, #244472
   trevor.hickey@mccormickbarstow.com
4  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
5  P.O. Box 28912
   5 River Park Place East
6  Fresno, CA 93720-1501
   Telephone:    (559) 433-1300
7  Facsimile:    (559) 433-2300

8  Attorneys for Plaintiff
   ALLSTATE INDEMNITY COMPANY, an Illinois
9  corporation

(SPACE BELOW FOR FILING STAMP ONLY)

10              UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

12  ALLSTATE INDEMNITY COMPANY,         Case No. C 08 0269 CW
    an Illinois corporation,
13                                      **DECLARATION OF JOHN DEAN MUÑOZ
                  Plaintiff,            IN SUPPORT OF PLAINTIFF'S
14                                      APPLICATION FOR ORDER FOR
         v.                             PUBLICATION OF SUMMONS**
15
    STEVEN J. JACKSON, JR., an individual,   Judge:          Hon. Claudia Wilken
16  FLORENCE FITZGERALD, an                  Courtroom:      2, 4th Floor
    individual,                              Complaint Filed: January 15, 2008
17
                  Defendants.           [F.R.C.P. 4(e)(1), California Code of
18                                      Procedure § 415.50]

19       I, JOHN DEAN MUÑOZ, declare as follows:

20       1.    I am Staff Claims Analyst at Allstate Indemnity Company ("Allstate"). Allstate is

21  the plaintiff is this action. If called as a witness, I could and would competently testify thereto to

22  all facts within my personal knowledge, except for those stated upon information and believed

23  below.

24       2.    The purpose of this Declaration is to support Allstate's Application for Order for

25  Publication of Summons by showing that Allstate has a cause of action against defendant, Steven

26  J. Jackson, Jr. ("Mr. Jackson").

27       3.    Mr. Jackson was named as a defendant in an action filed against him by Florence

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501

DECLARATION OF JOHN MUÑOZ IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER FOR
PUBLICATION OF SUMMONS
CASE NO. C 08 0269 CW

1  Fitzgerald entitled "*Fitzgerald v. Jackson,* Contra Costa County Superior Court Civil Action No.
2  MSC07-01811" (the "*Fitzgerald* action"). The *Fitzgerald* action seeks damages against Mr.
3  Jackson arising from an incident involving Mr. Jackson and Mrs. Fitzgerald's son, Thomas
4  Cooney.

5      4.    Allstate issued Auto Policy No. 067741998 (the "Policy") to Stephen J. Jackson,
6  Sr., father of Mr. Jackson, which was in effect at all relevant times. Mr. Jackson tendered his
7  defense and indemnity of the *Fitzgerald* action to Allstate under the Policy. Allstate accepted Mr.
8  Jackson's tender of defense under the Policy pursuant to a reservation of rights.

9      5.    Allstate contends the Policy does not provide coverage for the liability or potential
10 liability of Mr. Jackson in the *Fitzgerald* action. On January 15, 2008, Allstate filed this action
11 seeking a declaration that the Policy does not provide coverage for Mr. Jackson. Further, Allstate
12 is seeking reimbursement from Mr. Jackson of fees and costs incurred in his defense in the
13 *Fitzgerald* action.

15 I declare under penalty of perjury under the laws of the United States of America that the
16 foregoing is true and correct.
17 Executed this 14th day of May, 2008, in ___Stockton___, California.

20 By: _____John D Muñoz_____
                  John Dean Muñoz

22 03238/01467-1225763.v1

2

DECLARATION OF JOHN MUÑOZ IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER FOR
PUBLICATION OF SUMMONS
CASE NO. C 08 0269 CW

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
6 River Park Place East
Fresno, CA 93720-1501