(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN J. JACKSON, JR., an individual, FLORENCE FITZGERALD, an individual,<br><br>    Defendants. | Case No.  C 08 0269 CW<br><br>**ORDER ENLARGING TIME TO SERVE ALL DEFENDANTS**<br><br>**Judge:**         Hon. Claudia Wilken<br>**Courtroom:**  2, 4th Floor<br><br>**Complaint Filed:**  January 15, 2008 |

After review Allstate's Motion to Enlarge Time to Serve All Parties, the Court hereby **GRANTS** Allstate's Motion and enlarges the time Allstate is allotted to serve defendant Steven J. Jackson, Jr. an additional ninety (90) days, up to and including August 13, 2008.

**IT IS SO ORDERED**

Dated: May 20, 2008

By:_____
    Hon. Claudia Wilken
    District Court Judge
    United States District Court,
    Northern District of California,
    Oakland Division

1225422.v1