(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN J. JACKSON, JR., an individual, FLORENCE FITZGERALD, an individual,<br><br>Defendants. | Case No.  C 08 0269 CW<br><br>~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR PUBLICATION OF SUMMONS<br><br>Judge:          Hon. Claudia Wilken<br>Courtroom:   2, 4th Floor<br><br>Complaint Filed:   January 15, 2008 |

  Before the Court is the Application of plaintiff Allstate Indemnity Company for an order directing service of the summons in this action on defendant Steven J. Jackson, Jr. by publication pursuant to Federal Rule of Civil Procedure Rule 4(e)(1) and California Code of Civil Procedure section 415.50.  In support of this Application, plaintiff Allstate Indemnity Company submitted the Declarations of Trevor W. Hickey and John Dean Muñoz as provided in Section 415.50 of the California Code of Civil Procedure.

  Having reviewed the Application and the Declarations of Trevor W. Hickey and John Dean Muñoz, and it satisfactorily appearing that the defendant Steven J. Jackson, Jr. cannot be served with reasonable diligence in any other manner specified in Federal Rule of Civil Procedure 4(e) and Article 3, Chapter 4, Title 5 of the California Code of Civil Procedure, and that a good

cause of action exists in this action in favor of plaintiff Allstate Indemnity Company and against defendant Steven J. Jackson, Jr., and that defendant Steven J. Jackson Jr. is a necessary and proper party to the action:

IT IS ORDERED that the service of said summons in this action be made upon defendant Steven J. Jackson, Jr. by publication thereof in the Contra Costa Times, a newspaper of general circulation published at Walnut Creek, California, hereby designated as the newspaper most likely to give notice to said defendant; and that said publication be made at least once a week for four successive weeks.

IT IS FURTHER ORDERED that a copy of said summons and of said complaint in this action be forthwith deposited in the United States Post Office, post-paid, directed to said defendant if his address is ascertained before expiration of the time prescribed for the publication of this summons, and a declaration of this mailing or of the fact that the address was not ascertained be filed at the expiration of the time prescribed for the publication.

**IT IS SO ORDERED**

Dated: May 20, 2008

By: /s/ Claudia Wilken
Hon. Claudia Wilken
District Court Judge
United States District Court
Northern District of California
Oakland Division

1226053.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

[PROPOSED] ORDER GRANTING APPLICATION FOR PUBLICATION OF SUMMONS
CASE NO. C 08 0269 CW