Paul J. O'Rourke, # 143951
paul.orourke@mccormickbarstow.com
Brandon M. Fish, # 203880
brandon.fish@mccormickbarstow.com
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff
ALLSTATE INDEMNITY COMPANY, an Illinois corporation

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN J. JACKSON, JR., an individual, FLORENCE FITZGERALD, an individual,<br><br>Defendants. | Case No. C 08 0269 CW<br><br>JOINT STIPULATION TO ENGAGE IN PRIVATE GLOBAL MEDIATION<br><br>Judge:                Hon. Claudia Wilken<br>Courtroom:          2, 4th Floor<br>Complaint Filed:  January 15, 2008 |

The following Joint Stipulation is entered into between Plaintiff, Allstate Indemnity Company ("Allstate"), and Defendant, Florence Fitzgerald ("Fitzgerald"). These parties to the above-entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

1.  A Case Management Conference was held in this action on April 29, 2008. During the Conference, this Court ordered the parties to complete Court-connected mediation before August 22, 2008.

2.  In the action entitled "*Fitzgerald v. Jackson*, Contra Costa County Superior Court Civil Action No. MSC07-01811," Steven J. Jackson, Jr. ("Jackson, Jr.") and Fitzgerald, were ordered to attend mediation with mediator Vivian Williamson, scheduled for July 9, 2008 at

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION AND [PROPOSED] ORDER TO ENGAGE IN PRIVATE GLOBAL MEDIATION
CASE NO. C 08 0269 CW

10:00 a.m. The *Fitzgerald* action seeks damages based on an incident between Jackson and Fitzgerald's son, Thomas Cooney. This action seeks an adjudication regarding whatever coverage is provided under the subject Allstate policy for the damages sought in the *Fitzgerald* action. Fitzgerald and Jackson, Jr. are the only defendants in this action.

    3. Fitzgerald and Jackson, Jr. have agreed to let the mediation in the *Fitzgerald* action serve as a global mediation for all issues related to the incident, including those issues related to the instant action for declaratory relief and reimbursement. Specifically, before Ms. Williamson on July 9, 2008, the parties will mediate the liability issues of the *Fitzgerald* action as well as the coverage issues in the instant action.

    4. Based on the foregoing Allstate and Fitzgerald hereby stipulate to proceed with the private mediation before Ms. Williamson in lieu of the Court-connected mediation ordered by this Court in the Case Management Order dated April 30, 2009.

ACCORDINGLY, THE ABOVE PARTIES, THROUGH THEIR COUNSEL OF RECORD HEREBY STIPULATE AND RESPECTFULLY REQUEST AN ORDER FROM THE COURT MODIFYING THE APRIL 30, 2008 CASE MANAGEMENT ORDER VACATING THE REFERENCE TO ATTEND COURT-CONNECTED MEDIATION, AND REFERRING THE PARTIES TO PRIVATE MEDIATION IN LIEU OF COURT-CONNECTED MEDIATION.

    5. This Stipulation may be executed in several identical counterparts, each of which shall be deemed an original and which together shall, when executed by or on behalf of all parties hereto, constitute a single Stipulation for all purposes.

    6. A facsimile of the signature by or on behalf of any party hereto shall be deemed to be an equivalent to the original thereof for all purposes; provided, however, that if the original of such signature is required for purposes of filing this document with the Court or for other good reason, it shall be promptly produced.

| | |
|---|---|
| Dated: May 27, 2008 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP<br><br>By: _____<br>Paul J. O'Rourke, Jr.<br>Brandon M. Fish<br>Trevor W. Hickey<br>Attorneys for Plaintiff<br>Allstate Indemnity Company |
| Dated: May 23, 2008 | LAW OFFICES OF STEVEN R. JACOBSEN<br><br>By: _____<br>Steven R. Jacobsen<br>Attorney for Defendant<br>Florence Fitzgerald |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| Dated:_____ | _____<br>Hon. Claudia Wilken<br>United States District Court Judge<br>Northern District of California |

1214721.v1