1  Paul J. O'Rourke, # 143951  (SPACE BELOW FOR FILING STAMP ONLY)
   paul.orourke@mccormickbarstow.com
2  Brandon M. Fish, # 203880
   brandon.fish@mccormickbarstow.com
3  Trevor W. Hickey, #244472
   trevor.hickey@mccormickbarstow.com
4  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
5  P.O. Box 28912
   5 River Park Place East
6  Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
7  Facsimile:    (559) 433-2300

8  Attorneys for Plaintiff
   ALLSTATE INDEMNITY COMPANY, an Illinois
9  corporation

10                     UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

12  ALLSTATE INDEMNITY COMPANY,          Case No.  C 08 0269 CW
    an Illinois corporation,
13                                        PROOF OF SERVICE BY PUBLICATION
                  Plaintiff,              ON STEVEN J. JACKSON JR.
14
         v.                               Judge:            Hon. Claudia Wilken
15                                        Courtroom:        2, 4th Floor
    STEVEN J. JACKSON, JR., an individual,  Complaint Filed:  January 15, 2008
16  FLORENCE FITZGERALD, an
    individual,                           [F.R.C.P. 4(e)(1) & California Code of Civil
17                                        Procedure Section 415.50, 417.10(b)]
                  Defendants.
18

19       Plaintiff, Allstate Indemnity Company ("Allstate"), hereby submits this Proof of Service

20  for service by publication on defendant Steven J. Jackson, Jr. ("Jackson") pursuant to this Court's

21  May 20, 2008 Order authorizing service via publication in the Contra Costa Times.

22       Pursuant to California Code of Civil Procedure section 415.50(b), service by publication

23  is accomplished by publishing the summons in a newspaper that is most likely to give actual

24  notice to the party; Jackson's last known address (2120 Boynton Ave., Martinez, California), and

25  his parents' address (1085 Shell Ave., Martinez, California) are located within the circulation area

26  of the Contra Costa Times.  Further, pursuant to California Government Code section 6064, the

27  publication must be once a week for four successive weeks.

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

PROOF OF SERVICE BY PUBLICATION ON STEVEN J. JACKSON JR.
CASE NO. C 08 0269 CW

1  Pursuant to California Code of Civil Procedure Section 417.10(b), the principal legal clerk
2  of the Contra Costa Times has provided a "Proof of Publication" attesting that the summons
3  directed at Jackson in this action was published on May 28, 2008, June 4, 2008, June 11, 2008
4  and June 18, 2008. *See* "Proof Of Publication" attached hereto as Exhibit A.

Dated: June 24, 2008

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Paul J. O'Rourke
Brandon M. Fish
Trevor W. Hickey
Attorneys for Plaintiff
Allstate Indemnity Company

1240735.v1

# EXHIBIT "A"

# Contra Costa Times

P O Box 4147
Walnut Creek, CA 94596
(925) 935-2525

McCormick, Barstow, Sheppard Wayte & Carruth LLP
Accounts Payable, P.O. Box 28912
Fresno CA 93729-8912

## PROOF OF PUBLICATION

### FILE NO. c08-0269

In the matter of

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter.

I am the Principal Legal Clerk of the Contra Costa Times, a newspaper of general circulation, printed and published at 2640 Shadelands Drive in the City of Walnut Creek, County of Contra Costa, 94598

And which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Contra Costa, State of California, under the date of October 22, 1934. Case Number 19764.

The notice, of which the annexed is a printed copy (set in type not small than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:
 5/28/2008, 6/4/2008, 6/11/2008, 6/18/2008

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 18 day of June, 2008

_____
Signature

---

Legal No. 0002807216

**United States District Court**
**NORTHERN DISTRICT OF CALIFORNIA**

ALLSTATE INDEMNITY COMPANY, an Illinois corporation
V.
TO: (Name and address of defendant)
Steven J. Jackson Jr.
1085 Shell Avenue
Martinez, CA 94553

**SUMMONS IN A CIVIL CASE**
**CASE NUMBER: C08-0269JL**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Paul J. O'Rourke, #143951
Brandon M. Fish, #203880
McCormick, Barstow, Sheppard, Wayte & Carruth
5 River Park Place East
Fresno, CA 93720

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
Clerk
Date 1/15/08
By Deputy Clerk
Mary Ann Buckley
CCT, #2807216
May 28; June 4, 11, 18, 2008