**STEVEN R. JACOBSEN**
BAR NO. 95246
**BRENDA D. POSADA**
BAR NO. 152480
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
(510) 465-1500

ATTORNEYS FOR PLAINTIFF
FLORENCE FITZGERALD

# UNITED STATES DISTRICT COURT

## NORTHERN DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STEVEN J. JACKSON, JR., an individual, FLORENCE FITZGERALD, an individual,<br><br>　　　　Defendants | Case No.: C08-0269-JL<br><br>PLAINTIFF'S NOTICE OF CHANGE OF NAMED COUNSEL OF RECORD |

To all parties and their attorneys of record:

Please take notice that Catherine R. Douat is no longer associated with the Law Offices of Steven R. Jacobsen and therefore no longer of counsel of record in the above captioned matter. Steven R. Jacobsen, the lead attorney, and Brenda D. Posada, an associate newly associated with the Law Offices of Steve R. Jacobsen, are counsel of record for plaintiff in the above captioned matter.

Dated: June 20, 2008                                LAW OFFICES OF STEVE R. JACOBSEN


By: _____// s //_____
　　BRENDA D. POSADA
　　Attorney for Plaintiff