Paul J. O'Rourke, # 143951
paul.orourke@mccormickbarstow.com
Brandon M. Fish, # 203880
brandon.fish@mccormickbarstow.com
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff
ALLSTATE INDEMNITY COMPANY, an Illinois
corporation

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN J. JACKSON, JR., an individual, FLORENCE FITZGERALD, an individual,<br><br>Defendants. | Case No.  C 08 0269 JL  CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)(1)(ii)] |

IT IS HEREBY STIPULATED by and between plaintiff Allstate Indemnity Company ("Allstate") and defendant FLORENCE FITZGERALD ("Defendant"), by and through their respective counsel of record, that the action styled "Allstate Indemnity Company v. Steven J. Jackson, Jr. et al." (Case No. C 08 0269 JL) is dismissed with prejudice pursuant to the provisions of F.R.C.P. 41(a)(1)(ii), each side to bear its own attorneys fees and costs. Defendant STEVEN JACKSON was served by publication in this action, but never made an appearance. As such, consistent with F.R.C.P. 91(a)(1)(ii), he is not a party to this Stipulation.

| | | |
|---|---|---|
| 1 | Dated: October 1, 2008 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 2 | | |
| 3 | | By: /s/ Paul J. O'Rourke, Jr. |
| 4 | | Paul J. O'Rourke, Jr.<br>Brandon M. Fish<br>Attorneys for Plaintiffs |
| 5 | | ALLSTATE INDEMNITY COMPANY,<br>an Illinois corporation |

Dated: October 1, 2008

By: /s/ Steven R. Jacobsen
Steven R. Jacobsen
Attorney for Defendant
FLORENCE FITZGERALD

03238/01467-1279761.v1

**IT IS SO ORDERED**

*Claudia Wilken*
Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

Stipulation Of Dismissal